JASON A. GELLER  State Bar #168149
JOHN S. HONG  State Bar #255150
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

jgeller@longlevit.com
jhong@longlevit.com

Attorneys for Defendants
EPITOMICS, INC., a Delaware Corporation, and
DR. GUO-LIANG YU, an individual

FILED
MAR 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROCCO R. RADUAZO, | CASE No. CV 08 1550 BZ |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| EPITOMICS, INC., a Delaware corporation, DR. GUO-LIANG YU, an individual, and DOES 1-20, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 20, 2008                    LONG & LEVIT LLP

                                         By /s/ John S. Hong
                                         Jason A. Geller
                                         John S. Hong
                                         Attorneys for Defendants
                                         EPITOMICS, INC., a Delaware
                                         Corporation, and DR. GUO-LIANG YU,
                                         an individual

DOCS\S5787-032\546492.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS  Case No.