| | |
|---|---|
| 1 | JASON A. GELLER  State Bar #168149 |
|   | JOHN S. HONG  State Bar #255150 |
| 2 | LONG & LEVIT LLP |
|   | 465 California Street, Suite 500 |
| 3 | San Francisco, CA  94104 |
|   | TEL: (415) 397-2222   FAX: (415) 397-6392 |
| 4 | |
|   | jgeller@longlevit.com |
| 5 | jhong@longlevit.com |
| 6 | Attorneys for Defendants |
|   | EPITOMICS, INC., a Delaware Corporation, and |
| 7 | DR. GUO-LIANG YU, an individual |

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | ROCCO R. RADUAZO, | CASE No. CV 08 1550 BZ |
| 12 | Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| 13 | vs. | |
| 14 | EPITOMICS, INC., a Delaware | |
|    | corporation, DR. GUO-LIANG YU, an | |
| 15 | individual, and DOES 1-20, | |
| 16 | Defendants. | |

17

18          J. Locker certifies and declares as follows:

19          I am over the age of 18 years and not a party to this action.

20          My business address is Long & Levit LLP, 465 California Street, Ste. 500, San

21  Francisco, CA 94104, which is located in the city, county and state where the mailing described

22  below took place.

23          On March 21, 2008, I served the document(s) named below on the following

24  attorney(s) of record and/or interested parties in the case of *Raduazo v. Epitomics, Inc., et al.*,

25  United States District Court, Northern District of California Case No. CV 08 1550 BZ:

26  1)    Certification of Interested Entities or Persons;

27  2)    Order Setting Initial Case Management Conference and ADR Deadlines;

28  3)    Notice of Assignment of Case to a United State Magistrate Judge for Trial;

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE BY MAIL  Case No. CV 08 1550 BZ

4)     ECF Registration Information Handout;

5)     Welcome to the U.S. District Court, San Francisco pamphlet; and

6)     Civil Cover Sheet

SERVED ON:

Walter Crandall
21382 Pinetree Lane
Huntington Beach, CA 92646

By U.S. Mail. I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such documents to be placed in a sealed envelope, addressed to the person on whom it is to be delivered pursuant to the above service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on March 21, 2008, at San Francisco, California.

*J. Locker*

DOCS\S5787-032\546816.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

PROOF OF SERVICE BY MAIL   Case No. CV 08 1550 BZ