1  JASON A. GELLER  State Bar #168149
   JOHN S. HONG  State Bar #255150
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   jgeller@longlevit.com
5  jhong@longlevit.com

6  Attorneys for Defendants
   EPITOMICS, INC., a Delaware Corporation, and
7  DR. GUO-LIANG YU, an individual

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  ROCCO R. RADUAZO,                    CASE No. CV 08 1550 BZ

12                        Plaintiff,     **CERTIFICATE OF SERVICE OF NOTICE
                                         TO ADVERSE PARTY OF REMOVAL TO
13        vs.                            FEDERAL COURT**

14  EPITOMICS, INC., a Delaware
    corporation, DR. GUO-LIANG YU, an
15  individual, and DOES 1-20,

16                        Defendants.

17

18        J. Locker certifies and declares as follows:

19        I am over the age of 18 years and not a party to this action.

20        My business address is Long & Levit LLP, 465 California Street, Ste. 500, San

21  Francisco, CA 94104, which is located in the city, county and state where the mailing described

22  below took place.

23        On March 21, 2008, I deposited in the United States Mail at San Francisco,

24  California, a copy of the Notice of Adverse Party of Removal to Federal Court dated March 20,

25  2008 on the following attorney(s) of record and/or interested parties in the case of *Raduazo v.*

26  *Epitomics, Inc., et al.,* United States District Court, Northern District of California Case No. CV

27  08 1550 BZ:

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                                      1

1  Walter Crandall
   21382 Pinetree Lane
2  Huntington Beach, CA 92646

3         I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5         Executed on March 21, 2008, at San Francisco, California.

6

7                                        J. Locker

8

9
   DOCS\S5787-032\546501.V1
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                                          2

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT  Case No. CV 08 1550 BZ