1  JASON A. GELLER  State Bar #168149
   JOHN S. HONG  State Bar #255150
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   jgeller@longlevit.com
5  jhong@longlevit.com

6  Attorneys for Defendants
   EPITOMICS, INC., a Delaware Corporation, and
7  DR. GUO-LIANG YU, an individual

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 ROCCO R. RADUAZO,                    CASE No. 3:08-cv-1550 BZ

12              Plaintiff,              **STIPULATION TO REMAND ACTION TO SAN MATEO SUPERIOR COURT and**
                                        [~~PROPOSED~~] **ORDER**
13       vs.

14 EPITOMICS, INC., a Delaware          [Civil L.R. 7.12]
   corporation, DR. GUO-LIANG YU, an
15 individual, and DOES 1-20,

16              Defendants.

17

18

19       WHEREAS on or about February 14, 2008, Plaintiff Rocco Raduazo ("Plaintiff") filed a

20 complaint against defendants Epitomics, Inc. and Dr. Guo-Liang Yu (collectively, "Defendants")

21 in the San Mateo Superior Court, Case No. CV 420200 (the "Action");

22       WHEREAS on or about February 27, 2008, Plaintiff served the complaint in the Action

23 on Defendant Epitomics, Inc.  Pursuant to 28 U.S.C. Sections 1331 and 1441(b), on or about

24 March 20, 2008, Defendants filed a Notice and Petition for Removal of the Action to the United

25 States District Court for the Northern District of California; and

26

27 //

28

                                          1

STIPULATION TO REMAND ACTION TO SAN MATEO SUPERIOR COURT AND [PROPOSED ORDER] Case No. 3:08-cv-1550 BZ

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

WHEREAS the parties hereby now stipulate and agree, pursuant to Civil L.R. 7.12, to remand the action to the Superior Court for the County of San Mateo.

STIPULATED AND AGREED.

Dated: April 17, 2008

LONG & LEVIT LLP

By _____
JASON A. GELLER
JOHN S. HONG
Attorneys for Defendants
EPITOMICS, INC., a Delaware Corporation, and DR. GUO-LIANG YU, an individual

Dated: April 14, 2008

By _____
WALTER M. CRANDALL IV
Attorney for Plaintiff
ROCCO R. RADUAZO, an individual

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
**The Clerk is directed to transfer this case to San Mateo Superior Court.**

Dated: April 18, 2008

By _____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S5787-032\547460.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION TO REMAND ACTION TO SAN MATEO SUPERIOR COURT AND [PROPOSED ORDER] Case No. 3:08-cv-1550 BZ