**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

San Mateo County Superior Court
South Branch: Hall of Justice & Records
400 County Center
Redwood City, California 94063

RE: ROCCO R. RADUAZO -v- EPITOMICS, INC., et al., Case No. C-08-1550-BZ
Your Case Number: (CIV470200)

Dear Clerk,

    Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg